FILED: October 12, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4502
(1:21-cr-00070-MR-WCM-12)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JANE IVISON GILL

        Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court reverses the district court's order of detention and remands this case to the district court with instructions to release appellant on appropriate terms and conditions. The clerk shall forward a copy of this order to the district court.

Entered at the direction of the panel: Chief Judge Gregory, Judge Wilkinson, and Judge Motz. Judge Wilkinson voted to affirm the district court's detention order.

For the Court

/s/ Patricia S. Connor, Clerk